STATE OF NEW MEXICO
COUNTY OF VALENCIA
THIRTEENTH JUDICIAL DISTRICT COURT

SEDILLO ELECTRIC and
TELESFOR SEDILLO,

                Plaintiffs,

vs.                                    No. D-1314-CV-2013-01427

COLORADO CASUALTY INSURANCE
COMPANY, LIBERTY MUTUAL INSURANCE
COMPANY, PEERLESS INSURANCE
COMPANY AND BAKER INSURANCE
SERVICES, L.L.C.,

                Defendants.

### STIPULATED ORDER DISMISSING BAKER INSURANCE SERVICES, LLC

    The Plaintiffs, pursuant to Rule 1-041(A)(1)(b), hereby dismiss Defendant Baker Insurance Services, LLC ("Baker Insurance Services") only from the above captioned case. Defendants concur in this Motion only as to the dismissal of Baker Insurance Services from the hail damage claim in the above captioned matter; this motion does not address Baker Insurance Servicer's alleged involvement in the vandalism claim addressed in *Sedillo Electric and Telesfor Sedillo v. Colorado Casualty Insurance Company, Liberty Mutual Insurance Company, Peerless Insurance Company and Baker Insurance Services, L.L.C.*; No. D-1314-CV-2015-00684 filed June 25, 2015 and the *Motion to Amend Complaint* filed on December 17, 2015. The Court notes the approval of counsel for the parties of this Stipulated Order dismissing Baker Insurance Services from this case.

    IT IS SO ORDERED.

_____

1

EXHIBIT
1

**HONORABLE JOHN F. DAVIS**

SUBMITTED BY:

ERIC SEDILLO JEFFRIES, LLC

*/s/ Eric Sedillo Jeffries 12/22/15*
Eric Sedillo Jeffries
1201 Lomas Blvd., N.W., Suite A
Albuquerque, NM 87102
Telephone (505) 842-0400
esjeffries@jeffriesfirm.com
***Attorney for Plaintiffs***


APPROVED BY:

RAY, MCCHRISTIAN & JEANS, P.C.

*Approved electronically 12/22/15*
Shannon A. Parden
Jeff Ray
Shona Zimmerman
Ray, McChristian & Jeans, P.C.
6000 Uptown Blvd. NE, Suite 307
Albuquerque, NM 87110
Telephone (505) 855-6000
sparden@rmjfirm.com
jray@rmjfirm.com
szimmerman@rmjfirm.com
***Attorney for Defendants***

2