IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SEDILLO ELECTRIC and
TELESFOR SEDILLO,

      Plaintiffs,

vs.                                    No.:  1:16-cv-43

COLORADO CASUALTY INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY, AND
PEERLESS INSURANCE COMPANY,

      Defendants.

### COLORADO CASUALTY INSURANCE COMPANY'S
### CORPORATE DISCLOSURE STATEMENT

Colorado Casualty Insurance Company ("CCIC"), by and through its attorneys, RAY, MCCHRISTIAN & JEANS, P.C. (Jeff Ray, Shannon A. Parden and Shona L. Zimmerman), hereby makes the following Corporate Disclosure Statement pursuant to Fed.R.Civ.P. 7.1:

Colorado Casualty Insurance Company is a wholly owned subsidiary of Peerless Insurance Company, a privately owned company.

                Respectfully submitted,

                RAY, MCCHRISTIAN & JEANS, P.C.

                By: */s/ Shannon A. Parden*
                    Jeff Ray
                    Shannon A. Parden
                    Shona L. Zimmerman
                    6000 Uptown Blvd. NE, Ste. 307
                    Albuquerque, NM 87110
                    505-855-6000
                    505-212-0140 (fax)
                    jray@rmjfirm.com
                    sparden@rmjfirm.com
                    szimmerman@rmjfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via email and through the CM/ECF filing system, upon all counsel of record this 20th day of January, 2016.

By: */s/ Shannon A. Parden*
Shannon A. Parden