IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SEDILLO ELECTRIC and
TELESFOR SEDILLO,

      Plaintiffs,

vs.                             No.: 1:16-cv-43

COLORADO CASUALTY INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY, AND
PEERLESS INSURANCE COMPANY,

      Defendants.

## LIBERTY MUTUAL INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Liberty Mutual Insurance Company ("Liberty Mutual"), by and through its attorneys, RAY, MCCHRISTIAN & JEANS, P.C. (Jeff Ray, Shannon A. Parden and Shona L. Zimmerman), hereby makes the following Corporate Disclosure Statement pursuant to Fed.R.Civ.P. 7.1:

Liberty Mutual Insurance Company is a wholly owned subsidiary of Liberty Mutual Group, Inc., a privately owned company.

Respectfully submitted,

RAY, MCCHRISTIAN & JEANS, P.C.

By: */s/ Shannon A. Parden*
    Jeff Ray
    Shannon A. Parden
    Shona L. Zimmerman
    6000 Uptown Blvd. NE, Ste. 307
    Albuquerque, NM 87110
    505-855-6000
    505-212-0140 (fax)
    jray@rmjfirm.com
    sparden@rmjfirm.com
    szimmerman@rmjfirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served via email and through the CM/ECF filing system, upon all counsel of record this 20th day of January 2016.

By: */s/ Shannon A. Parden*
Shannon A. Parden
