## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

SEDILLO ELECTRIC and
TELESFOR SEDILLO,

      Plaintiffs,

vs.                                                    No.:  1:16-cv-43

COLORADO CASUALTY INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY, AND
PEERLESS INSURANCE COMPANY,

      Defendants.

## **NOTICE OF REMOVAL TO COUNSEL**

To:    Eric Sedillo Jeffries, Attorney for Plaintiffs in the above entitled cause of action:

YOU ARE HEREBY NOTIFIED that on January 20, 2016, Defendants Colorado Casualty Insurance Company ("CCIC"), Liberty Mutual Insurance Company ("LMIC"), and Peerless Indemnity Insurance Company ("Peerless") filed a Notice of Removal in the above entitled cause of action, in the United States District Court for the District of New Mexico, a courtesy copy of which was served via email this date.

                                          Respectfully submitted,

                                          RAY, MCCHRISTIAN & JEANS, P.C.

                                          By: */s/ Shannon A. Parden*
                                              Jeff Ray
                                              Shannon A. Parden
                                              Shona L. Zimmerman
                                              6000 Uptown Blvd. NE, Ste. 307
                                              Albuquerque, NM 87110
                                              505-855-6000
                                              505-212-0140 (fax)
                                              jray@rmjfirm.com
                                              sparden@rmjfirm.com
                                              szimmerman@rmjfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served via email and through the CM/ECF filing system, upon all counsel of record this 20th day of January, 2016.

By: */s/ Shannon A. Parden*
Shannon A. Parden