IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SEDILLO ELECTRIC and
TELESFOR SEDILLO,

      Plaintiffs,

vs.                                                No.: 1:15-cv-01172-RB-WPL

COLORADO CASUALTY INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY,
PEERLESS INSURANCE COMPANY, AND
BAKER INSURANCE SERVICES, L.L.C.,

      Defendants.

**Consolidated with:**

SEDILLO ELECTRIC and
TELESFOR SEDILLO,

      Plaintiffs,

vs.                                               No.:  1:16-cv-43-RB-WPL

COLORADO CASUALTY INSURANCE COMPANY,
LIBERTY MUTUAL INSURANCE COMPANY, AND
PEERLESS INSURANCE COMPANY,

      Defendants.

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER came before the Court upon the Joint Motion of Plaintiffs, Sedillo Electric and Telesfor Sedillo, and Defendants, Colorado Casualty Insurance Company, Liberty Mutual Insurance Company, and Peerless Indemnity Insurance Company (referred to as Peerless Insurance Company in the caption), to dismiss Plaintiffs' claims against Defendants with prejudice, *i.e.,* the Hail Claim Complaint (1:16-cv-43-RB-WPL, Doc. 9-2, filed 1/29/16) and the Amended Vandalism Complaint (1:15-cv-01172-RB-WPL, Doc. 13, filed 1/3/16), and to dismiss Defendants' Counterclaim with prejudice. (1:16-cv-43-RB-WPL, Doc. 9-3, filed 1/29/16.)  The

Court, having reviewed the Joint Motion and being otherwise fully advised in the premises, finds that the Motion is well taken and shall be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the claims of Plaintiffs, Sedillo Electric and Telesfor Sedillo, against Defendants, *i.e.,* the Hail Claim Complaint (1:16-cv-43-RB-WPL, Doc. 9-2, filed 1/29/16) and the Amended Vandalism Complaint (1:15-cv-01172-RB-WPL, Doc. 13, filed 1/3/16), along with Defendants' Counterclaim (1:16-cv-43-RB-WPL, Doc. 9-3, filed 1/29/16), are hereby dismissed with prejudice, with each party to bear its or his own costs and fees.

_____
HONORABLE ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE

Submitted by:

RAY, MCCHRISTIAN & JEANS, P.C.

By: */s/ Shannon A. Parden*
Jeff Ray
Shannon A. Parden
Grieta A. Gilchrist
6000 Uptown Blvd. NE, Ste. 307
Albuquerque, NM 87110
505-855-6000
505-212-0140 (fax)
jray@rmjfirm.com
sparden@rmjfirm.com
ggilchrist@rmjfirm.com
*Attorneys for Defendants*

and

By: <u>/s/ APPROVED VIA 5/9/17 EMAIL</u>
Eric Sedillo Jeffries
Eric Sedillo Jeffries, LLC
1201 Lomas Blvd. N.W., Suite A
Albuquerque, NM  87102
505-842-0400
esjeffries@jeffriesfirm.com
*Attorneys for Plaintiffs*